OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0004401603 MAY. 05. 2015

5/1/2015
**BENSON, YUSULF SHAHEED - Tr. Ct. No. 65676-A**          **WR-81,764-01**
I have this day received and filed the Appellant's Pro Se Motion for Rehearing in
the above-styled and numbered cause.

Abel Acosta, Clerk

RETURN

YUSULF SHAHEED BENSON
BRAZORIA COUNTY DETENTION CENTER
3602 C.R. 45
ANGELTON, TX 77515

CAA

N3B 77515